UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MAURO TROETTI & JANET TROETTI**<br>    **Plaintiffs**<br><br>**v.**<br><br><br>**FAY SERVICING, LLC**<br>    **Defendant** | CASE NO.:<br>3:10-CV-01992-CFD<br><br><br><br><br><br>MAY 3, 2011 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiffs, Mauro Troetti and Janet Troetti, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFFS, MAURO TROETTI & JANET TROETTI**

By: /s/Daniel S. Blinn
   Daniel S. Blinn, ct02188
   Matthew W. Graeber, ct27545
   dblinn@consumerlawgroup.com
   Consumer Law Group, LLC
   35 Cold Spring Rd. Suite 512
   Rocky Hill, CT  06067
   Tel. (860) 571-0408; Fax. (860) 571-7457

2

**CERTIFICATION**

      I hereby certify that on this 3rd day of May 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                        /s/Daniel S. Blinn
                                                        Daniel S. Blinn